THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CONSUELO S. WOODHEAD (Cal. State Bar No. 69653)
VINCE FARHAT (Cal. State Bar No. 183794)
Assistant United States Attorneys
California Bar Number 183794                E-FILED 03-05-09
Major Frauds Section                        CC: USPO/PTS/USM
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2872
    Facsimile: (213) 894-6269
    E-mail:    Vince.farhat@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT BOURSEAU,<br><br>        Defendant. | CR No. 09-00087-GHK<br><br>[~~PROPOSED~~] FINDINGS AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts as findings of fact and conclusions of law the stipulation by the United States and defendant Robert Bourseau, and finds that the interests of justice outweigh the defendant's and the public's right to a speedy trial for the reasons stated herein.

The Court therefore FINDS AND ORDERS as follows:

1. For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period from March 2, 2009 to April 27, 2009, is

1  excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
2  3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv) because it results from a
3  continuance granted by the Court at the defendant's request
4  without government objection, on the basis of the Court's finding
5  that the ends of justice served by taking such action outweigh
6  the best interest of the public and the defendant in a speedy
7  trial.
8       2.   Nothing in this order shall preclude a finding that
9  other provisions of the Speedy Trial Act dictate that additional
10 time periods are excludable.
11      3.   Defendant shall appear for the status conference on
12 April 27, 2009, at 3:30 p.m. in Courtroom 650 of the United
13 States District Court, located at 255 East Temple Street, Los
14 Angeles, California.
15 IT IS SO ORDERED.

17 DATED: __3/4_____, 2009

                        _____
                        THE HONORABLE GEORGE H. KING
                        UNITED STATES DISTRICT JUDGE